# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| Alliant Energy Corporate Services, Inc., Plaintiff(s) vs. MOR Strategy Group, LLC, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 18-CV-44 LTS<br>Presiding Judge: C.J. Williams<br>Deputy Clerk: SKV<br>Official Court Record: FTR Gold |

| Date: | 7/30/2018 | Start: | 2:00 p.m. | Adjourn: | 2:09 p.m. | Courtroom: | | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | Yes |
| Appearances: | Plaintiff(s): | Truscenialyn Brooks, Brian Fagan, Michelle Umberger | | | | | | |
| | Defendant(s): | David Caves, Vernon Squires | | | | | | |
| | U.S. Probation: | | | | | | | |
| | Interpreter: | | Language: | | Certified: | | Phone: | |

**TYPE OF PROCEEDING:** Rule 16(b) & 26(f) Scheduling Conference — Contested? — Continued from a previous date?

Motion(s): — Ruling:

**Matters discussed:**
16(b) & 26(f) scheduling conference. This case is not ESI intensive. A third party-Alligant-is currently not a party to the suit. A protective order will be necessary in this case to protect Alliant Energy employees. The parties have no issues to discuss at this time. Plaintiff states the data to review is voluminous; hence the longer deadlines on the experts. The Court will adopt the deadlines with minor changes with no objections by the parties.

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**