# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

ALLIANT ENERGY CORPORATE
SERVICES, INC.,

          Plaintiff,

     v.

MOR STRATEGY GROUP, LLC,

          Defendant.

Case No. 1:18-cv-00044

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Alliant Energy Corporate Services, Inc. ("Plaintiff"), and Defendant, MOR Strategy Group, LLC ("Defendant"), have reached an agreement to settle the above-caption action.

**IT IS THEREFORE STIPULATED AND AGREED TO** by and between Plaintiff and Defendant that the Complaint shall be dismissed with prejudice, with each party to bear its own costs.

By: _/s/ Michelle M. Umberger_
    Michelle M. Umberger
    Truscenialyn Brooks
    Perkins Coie LLP
    1 East Main Street, Suite 201
    Madison, WI 53703
    T: 608-663-7460
    F: 608-663-7499
    mumberger@perkinscoie.com
    tbrooks@perkinscoie.com

    *Attorneys for Plaintiff*

Dated: October 26, 2108

By: */s/ Vernon P. Squires*
    Vernon P. Squires
    David M. Caves
    BRADLEY & RILEY PC
    2007 First Avenue SE
    P.O. Box 2804
    Cedar Rapids, IA 52406-2804
    vsquires@bradleyriley.com
    dcaves@bradleyriley.com

    *Attorneys for Defendant*

Dated: October 26, 2018

By:  /s/ Brian J. Fagan
     Brian Fagan
     Simmons Perrine Moyer Bergman PLC
     115 3rd Street SE, Suite 1200
     Cedar Rapids, IA 52401-1266
     T:  319-896-4033
     F:  319-366-1917
     bfagan@spmblaw.com

     *Attorneys for Plaintiff*

Dated:  October 26, 2018

141347246.1